**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS** (501) 604-5351
    **CLERK**

April 28, 2023

Sean Short
Kirkpatrick Plaza, Suite 510
10800 Financial Centre Parkway
Little Rock, AR 72211

Re:     Deficiency Filing #46, Motion to Extend Time
            Case No. 4:20-CV-00374-DPM, Brock-Burchett v. McNew Fabrication Inc et al

Dear Mr. Short:

    The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

    Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

    To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                                                                      Sincerely,

                                                                      TAMMY H. DOWNS, CLERK

                                                     By:   J. Kornegay_____
                                                                     Deputy Clerk