IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOROTHY BROCK-BURCHETT                                          PLAINTIFF

VS.                      Case No. 4:20-cv-374-DPM

MCNEW FABRICATION, INC.,                                        DEFENDANTS
and JEFFREY MCNEW

### RESPONSE TO PLAINTIFF'S MOTION TO ADJUST PRE-TRIAL DEADLINES

Defendants, by and through their attorney Quincy McKinney of McKinney and McKinney, PLLC, for his response to Plaintiff's Motion To Adjust Pre-Trial Deadlines states:

1. Defendant does not object to extending the Pre-Trial Deadlines.

2. Defendant denies that Plaintiff's Motion In Limine should be granted except as stated in Defendant's Response. Pleading affirmatively, the evidence Plaintiff seeks to exclude is extremely relevant to the administrative exemption as previously stated in Defendant's brief in response to the Motion In Limine and for other reasons more fully explored in Defendant's brief in response to Motion In Limine.

3. Defendant denies all allegations not specifically admitted herein.

WHEREFORE, the Defendants respectfully requests that Plaintiff's Motion To Adjust Pre-Trial Deadlines be granted but that the Motion In Limine be denied as previously requested.

Respectfully submitted,
Jeffrey McNew and McNew Fabrication, INC

By:     /s/ Quincy W. McKinney
Quincy W. McKinney 2008122
MCKINNEY & MCKINNEY, PLLC
552 Locust St
Conway, AR 72034
Office: (501) 327-1216
Fax: (501) 327-1217
quincy@mckinneyandmckinney.com

## CERTIFICATE OF SERVICE

I, Quincy McKinney, do hereby certify that a true and correct copy of the foregoing was sent to the following via electronic mail system communication on this 27th day of April 2023.

Sean Short and Josh Sanford
Sanford Law Firm, PLLC
650 South Shackleford, Suite 411
Little Rock, AR 72211
Tel: (501) 221-0088
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

/s/ Quincy W. McKinney
Quincy McKinney