IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOROTHY BROCK-BURCHETT                                             PLAINTIFF

VS.                         Case No. 4:20-cv-374-DPM

MCNEW FABRICATION, INC.,                                           DEFENDANTS
and JEFFREY MCNEW

### NOTICE OF WITHDRAWAL OF JURY TRIAL REQUEST

Defendants, McNew Fabrication, Inc, and Jeffrey McNew, by and through their attorney Quincy McKinney of McKinney and McKinney, PLLC, for their Notice of Withdrawal of Jury Trial Request states:

1. Defendants hereby withdraw their request for trial by jury and expressly consent for this matter to be tried by the Court.

        Respectfully submitted,
        Jeffrey McNew and McNew Fabrication, INC

    By:     /s/ Quincy W. McKinney
        Quincy W. McKinney 2008122
        McKinney & McKinney, PLLC
        552 Locust Street
        Conway, AR 72034
        Office: (501) 327-1216
        Fax: (501) 327-1217

## CERTIFICATE OF SERVICE

      I, Quincy McKinney, do hereby certify that a true and correct copy of the foregoing was sent to the following via electronic mail system communication on this 16th day of May 2023.

Sean Short and Josh Sanford
Sanford Law Firm, PLLC
650 South Shackleford, Suite 411
Little Rock, AR  72211
Tel: (501) 221-0088
sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

                                              /s/ Quincy W. McKinney
                                              Quincy McKinney