**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION**

**DOROTHY BROCK-BURCHETT**                                                                          **PLAINTIFF**
Counsel: Sean Short


**v.**                              **No. 4:20-cv-374-DPM**

**MCNEW FABRICATION, INC. and
JEFF MCNEW**                                                                                         **DEFENDANTS**
Counsel:  Quincy McKinney

### CLERK'S MINUTES  - CIVIL JURY TRIAL

**Judge: D.P. Marshall Jr.
Reporter: Stephen Franklin
Clerk: Sarah Smith
CRD: Sherri Black**

### MONDAY, 5 JUNE 2023 - DAY ONE
Court Reporter: Stephen Franklin

| | |
|---|---|
| 1:36 p.m. | The Court is on the record |
| | Court calls the case for Bench trial |
| 1:39 p.m. | Exhibits entered by Stipulation |
| | Plaintiff's Exhibits 1-5 admitted |
| | Defense Exhibits 1-22 admitted |
| 1:43 p.m. | Opening statement for Plaintiff by Sean Short |
| 1:49 p.m. | No opening statement for defense |
| 1:51 p.m. | Plaintiff calls Witness 1, J. McNew.  Direct examination by S. Short |

|            |                                                                                   |
|------------|-----------------------------------------------------------------------------------|
|            | Plaintiff's Exhibits 1, 2, 3                                                      |
| 3:07 p.m.  | Break                                                                             |
| 3:26 p.m.  | Back on the record                                                                |
|            | Cross examination of Plaintiff's Witness 1, J. McNew, by Q. McKinney              |
|            | Plaintiff's Exhibits 4, 3                                                         |
|            | Defendants' Exhibits 12, 10, 14, 15, 16, 22, 9, 1                                 |
| 4:38 p.m.  | Redirect of Plaintiff's Witness 1, McNew, by S. Short                             |
|            | Defendants' Exhibit 22                                                            |
| 4:48 p.m.  | Witness 1 excused                                                                 |
| 4:52 p.m.  | Court is in recess until 8:30 a.m. on 6 June 2023                                 |

## TUESDAY, 6 JUNE 2023 - DAY TWO
<u>Court Reporter: Stephen Franklin</u>

|            |                                                                                   |
|------------|-----------------------------------------------------------------------------------|
| 8:32 a.m.  | The Court is on the record                                                        |
|            | Plaintiff calls Witness 2, D. Burchett.  Direct examination by S. Short           |
|            | Plaintiff's Exhibit 5                                                             |
| 9:02 a.m.  | Cross examination of Plaintiff's Witness 2, by Q McKinney                         |
|            | Defendants' Exhibit 10. 11, 12, 18                                                |
|            | Court's Exhibit 1 (Calendar(s)) marked                                            |
| 9:57 a.m.  | Break                                                                             |
| 10:20 a.m. | Back on the record                                                                |

2

|  |  |
|---|---|
|  | Cross examination of Plaintiff's Witness 2 by Q. McKinney |
|  | Defense Exhibits 19, 1, 2 |
| 11:39 a.m. | Redirect of Witness 2 by S. Short |
| 11:44 a.m. | Plaintiff rests |
| 11:45 a.m. | Break |
| 12:51 p.m. | Back on the record |
|  | Defense calls Witness 1, M. Tindell.  Direct examination by Q. McKinney |
| 1:01 p.m. | Cross examination of Defense Witness 1, M. Tindell, by S. Short |
| 1:06 p.m. | Defense calls Witness 2, K. Varnell.  Direct examination by Q. McKinney |
| 1:32 p.m. | Cross examination of Defense Witness 2, K. Varnell, by S. Short |
| 1:50 p.m. | Redirect of Defense Witness 2, K. Varnell, by Q. McKinney |
| 1:54 p.m. | Defense rests |
|  | Break |
| 2:17 p.m. | Back on the record |
|  | Closing argument for Plaintiff by S. Short |
| 2:52 p.m. | Closing argument for defense by Q. McKinney |
| 3:25 p.m. | Break |
| 3:54 p.m. | Back on the record |
|  | The Court issued its ruling |
| 4:14 p.m. | Court adjourned |