AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

| Dorothy Brock-Burchett | V. | McNew Fabrication, Inc., and Jeffrey McNew | EXHIBIT AND WITNESS LIST<br>CASE NUMBER: 4:20-cv-374-DPM |
|---|---|---|---|

| PRESIDING JUDGE<br>D. P. Marshall Jr. | PLAINTIFF'S ATTORNEY<br>Sean Short | DEFENDANT'S ATTORNEY<br>Quincy W. McKinney |
|---|---|---|
| TRIAL DATE(S)<br>June 5, 2023 - June 6, 2023 | COURT REPORTER<br>Stephen Franklin | COURTROOM DEPUTY<br>Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/5/23 | | Yes | Exhibit 1 - McNew Company Handbook |
| 2 | | 6/5/23 | | Yes | Exhibit 2 - Payroll Records |
| 3 | | 6/5/23 | | Yes | Exhibit 3 - Plaintiff's ADP Payroll Check Stubs |
| 4 | | 6/5/23 | | Yes | Exhibit 4 - Plaintiff's W-2's from McNew Fabrication |
| 5 | | 6/5/23 | | Yes | Exhibit 5 - Damages Calculations |
| | | | | | |
| | | | | | Witnesses Plaintiff Expects to Call: |
| 1 | | 6/5/2023 | | | Jeffrey McNew |
| 2 | | 6/6/2023 | | | Dorothy Brock-Burchett |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages