✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern      **DISTRICT OF**      Arkansas

DORTHY BROCK BURCHETT

V.

MCNEW FABRICATION, INC

## EXHIBIT AND WITNESS LIST

Case Number:  4:20-CV-00374

| PRESIDING JUDGE<br>D.P. Marshall Jr | | | | | PLAINTIFF'S ATTORNEY<br>SEAN SHORT | DEFENDANT'S ATTORNEY<br>QUINCY MCKINNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>5-6 June 2023 | | | | | COURT REPORTER<br>Stephen Franklin | COURTROOM DEPUTY<br>Sherri Black |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | 6/5/2023 | | | WITNESS JEFF MCNEW (questioned during Plaintiff's case) | |
| | 2 | 6/6/2023 | | | WITNESS KATHERINE VARNELL | |
| | 1 | 6/6/2023 | | | WITNESS MIKE TINDALL | |
| | | | | | WITNESS MARK YERBY | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.