✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| | Eastern | DISTRICT OF | Arkansas | |

| DORTHY BROCK BURCHETT | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| MCNEW FABRICATION, INC | Case Number: 4:20-CV-00374 |

| PRESIDING JUDGE<br>D.P. Marshall Jr | PLAINTIFF'S ATTORNEY<br>Sean Short | DEFENDANT'S ATTORNEY<br>QUINCY MCKINNEY |
|---|---|---|
| TRIAL DATE (S)<br>5-6 June 2023 | COURT REPORTER<br>Stephen Franklin | COURTROOM DEPUTY<br>Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 6/5/2023 | | Yes | BANK IMAGES ACCOUNT 0002 |
| | 2 | 6/5/2023 | | Yes | BANK STATEMENTS ACCOUNT 0002 |
| | 3 | 6/5/2023 | | Yes | BANK STATEMENTS ACCOUNT 0037 |
| | 4 | 6/5/2023 | | Yes | BANK IMAGES ACCOUNT 0037 |
| | 5 | 6/5/2023 | | Yes | BANK STATEMENTS ACCOUNT 7099 |
| | 6 | 6/5/2023 | | Yes | BANK IMAGES ACCOUNT 7099 |
| | 7 | 6/5/2023 | | Yes | ACCOUNT INFORMATION DISCLOSURE |
| | 8 | 6/5/2023 | | Yes | CENTENNIAL RECORDS AFFIDAVIT |
| | 9 | 6/5/2023 | | Yes | SBA LOAN APPLICATION |
| | 10 | 6/5/2023 | | Yes | LETTER FROM DORI BURTCHETT TO DFA |
| | 11 | 6/5/2023 | | Yes | DOROTHY HAND WRITTEN NOTES |
| | 12 | 6/5/2023 | | Yes | POWER OF ATTORNEY AND REVOCATION |
| | 13 | 6/5/2023 | | Yes | WORKERS COMP PREHEARING QUESTIONNAIRE |
| | 14 | 6/5/2023 | | Yes | ACCOUNT INFORMATION ACCOUNT 7099 |
| | 15 | 6/5/2023 | | Yes | CERTIFICATION OF BENEFICAL OWNER |
| | 16 | 6/5/2023 | | Yes | E-SIGNATURES AUTHORIZATION ACCOUNT 7099 |
| | 17 | 6/5/2023 | | Yes | ADP PAYROLL CHECKS DOROTHY BURCHETT |
| | 18 | 6/5/2023 | | Yes | VERIZON RECORDS 2016 |
| | 19 | 6/5/2023 | | Yes | VERIZON RECORDS 2017 |
| | 20 | 6/5/2023 | | Yes | VERIZON RECORDS 2018 |
| | 21 | 6/5/2023 | | Yes | VERIZON RECORDS 2019 |
| | 22 | 6/5/2023 | | Yes | DEBIT CARD REQUEST FORMS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages