AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Arkansas

DORTHY BROCK BURCHETT

V.

MCNEW FABRICATION, INC

**EXHIBIT AND WITNESS LIST**

Case Number: 4:20-cv-374-DPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| D.P. Marshall Jr | SEAN SHORT | QUINCY MCKINNEY |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-6 June 2023 | Stephen Franklin | Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | COURT'S EXHIBIT LIST |
|   |   |   |   |   |   |
|   |   | 6/6/2023 | 1 |   | 2016-2019 Calendars |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages