(Post. 02/15/12)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Dorothy Brock-Burchett                                                    PLAINTIFF

v.                               No. 4:20-cv-374-DPM

McNew Fabrication, Inc. et al                                          DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the    hearing or

✓ trial in this case on  5-6 June 2023  , were returned to me as counsel for
                            *(Date(s))*

Plaintiff Brock-Burchett                             .
            *(Party Name)*

Exhibits: Exhibits 1-5

_____
                                    *(Attorney Signature)*

Date: 6/6/23

cc:     Counsel of Record
        File