(Post. 02/15/12)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Dorothy Brock-Burchett     PLAINTIFF

v.     No. 4:20-cv-374-DPM

McNew Fabrication, Inc. et al     DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the    hearing or ✓ trial in this case on  5-6 June 2023 , were returned to me as counsel for
*(Date(s))*

Defendants McNew Fabrication, Inc., et al.
*(Party Name)*

Exhibits: Exhibits 1-22

_____
(Attorney Signature)

Date: 6/6/23

cc:     Counsel of Record
        File