IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOROTHY BROCK-BURCHETT                                PLAINTIFF

v.                        No. 4:20-cv-374-DPM

MCNEW FABRICATION, INC.
and JEFFREY MCNEW                                    DEFENDANTS

ORDER

For the reasons stated from the bench at the end of the trial, and based on the Court's evaluation of the credibility of each witness and on the record as a whole, McNew Fabrication and Jeffrey McNew prevail because the administrative exemption applies to Brock-Burchett. Her FLSA and AMWA claims fail.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 June 2023