# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DOROTHY BROCK-BURCHETT**                                              **PLAINTIFF**

**v.**                                    **No. 4:20-cv-374-DPM**

**MCNEW FABRICATION, INC.**
**and JEFFREY MCNEW**                                        **DEFENDANTS**

### JUDGMENT

Brock-Burchett's amended complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 June 2023