IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOROTHY BROCK-BURCHETT**                                                                    **PLAINTIFF**

vs.                                            No. 4:20-cv-374-DPM

**MCNEW FABRICATION, INC.,**                                                               **DEFENDANTS**
**and JEFFREY MCNEW**

## MOTION TO WITHDRAW—VANESSA KINNEY

Attorney Vanessa Kinney, an attorney of record herein, for her Motion for Withdrawal as counsel for Plaintiff, states as follows:

1. The undersigned has resigned as a full-time member of the Sanford Law Firm, PLLC.

2. Sean Short and Josh Sanford of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

WHEREFORE, premises considered, Vanessa Kinney respectfully requests that the Court order her withdrawn and terminated as counsel for Plaintiff.

       Respectfully submitted,

**ATTORNEY VANESSA KINNEY**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

/s/ *Vanessa Kinney*
Vanessa Kinney
Ark. Bar No. 2008030

/s/ *Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com